...

# U.S. District Court Eastern District of Kentucky

# *Criminal*
# *Case Assignment*

### Case number **6:12-CR-29**

Assigned : Judge Amul R Thapar
Judge Code : 4317

Assigned on 07/27/2012

Request New Judge .....