PROB 12C
(Ver. 6/2023)

Eastern District of Kentucky
FILED

MAY 1 1 2026

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

Name of Offender:   Kimberly Rachelle Vaughn          Case Number:    6:12-CR-029-GFVT-01

Register/USM Number:    47529-039

Name of Sentencing Judicial Officer:    Honorable Gregory F. Van Tatenhove, U.S. District Judge
(Originally: Amul R. Thapar)

Date of Original Sentence:    November 18, 2013

Original Offense:    Conspiracy to Manufacture Over 50 Grams or More of a Mixture Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. §§ 846 & 851 Conspiracy to Possess With the Intent to Distribute Over 50 Grams or More of a Mixture or Substance Containing Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. §§ 846 & 851

Original Sentence:    120 months imprisonment, with a lifetime term of supervised release to follow.

Type of Supervision:    Supervised Release          Date Supervision Commenced:    July 25, 2025

Assistant U.S. Attorney:    Jason D. Parman          Defense Attorney:    David S. Hoskins

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of Controlled Substance |
| 2 | Commission of a Crime/ Unlawful Possession of Controlled Substance |

U.S. Probation Officer Recommendation:

☒  The term of supervision should be:

☒  revoked.

☐  extended for _____ years, for a total term of _____ years.

May 11, 2026
Page 2

RE: Vaughn, Kimberly Rachelle
   Dkt. # 6:12-CR-029-GFVT-01
   PROB 12C

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2026

*[signature]*

Matthew D. Armstrong
Senior U. S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☑ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☑ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

5-11-2026
_____
Date